IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :      Chapter 13

Nicole A. Buonocore                 :      Case No. 17-13161- mdc
xxx-xx-0897


Debtor


## APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.


_____              /s/ David M. Offen
Chapter 13 Trustee                       David M. Offen, Esquire
                                         Attorney for Debtor(s)


Dated: May 11, 2017

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106