IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :      Chapter 13

Nicole A. Buonocore                   :      Case No. 17-13161- mdc
xxx-xx-0897

         Debtor

## AMENDED APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

| | |
|---|---|
| _____ | /s/ David M. Offen |
| Chapter 13 Trustee | David M. Offen, Esquire |
| | Attorney for Debtor(s) |

Dated: April 13, 2018

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106